FILED

10/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0402

**IN THE SUPREME COURT OF MONTANA**
Cause No. DA 21–0402

KNUDSEN FAMILY LIMITED PARTNERSHIP,
Defendant, Counterclaimant, and Appellant,

v.

THOMAS MANN POST NO. 81 OF THE AMERICAN LEGION,
DEPARTMENT OF MONTANA, a Montana public benefit corporation, and the
TOWN OF CULBERTSON, a political subdivision of the State of Montana, et al.,
Plaintiffs, Counterdefendants, and Appellees.

**ORDER**

On appeal from the Montana Fifteenth Judicial District Court, Roosevelt County
Cause No. DV 16–13, the Honorable David Cybulski, Presiding

Appearances:

Emily Jones
Talia G. Damrow
JONES LAW FIRM, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
(406) 384-7990
*emily@joneslawmt.com*
*talia@joneslawmt.com*
Attorneys for Appellant

Gregory G. Schultz
Jeffrey R. Kuchel
CROWLEY FLECK PLLP
305 S. 4th Street E., Suite 100
Missoula, MT 59807
(406) 523-3600
*gschultz@crowleyfleck.com*
*jkuchel@crowleyfleck.com*
Attorneys for Appellee American Legion

Laura Christoffersen
CHRISTOFFERSEN & KNIERIM, P.C.
212 Broadway
Culbertson, MT 59218
(406) 787-5700
*2laurac@nemont.net*
Attorney for Appellee Town of Culbertson

Appellant Knudsen Family Limited Partnership has filed an unopposed Motion for an extension of the time in which to file its opening brief pursuant to Mont. R. App. P. 26(1). Pursuant to Rule 26(1), a party's first request for an extension, when unopposed, may be granted by the Clerk of the Supreme Court. Upon consideration of Appellant's Motion for Extension of Time, and good cause appearing:

IT IS ORDERED that the motion is **GRANTED**. Appellant shall have until November 17, 2021, to file its opening brief.

DATED this _____ day of October, 2021.

_____
Bowen Greenwood,
Clerk of the Montana Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 8 2021